CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

RICHARD ANTHONY LEE            )
                               )
                               )
                               )
              Plaintiff        )
        v.                     )   Civil Case Number 06-2230(JMF)
                               )
                               )   Category G
UNITED STATES                  )
                               )
              Defendant        )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>September 14, 2007</u> from <u>Judge John Garrett Penn</u> to <u>Magistrate Judge John M. Facciola</u> by direction of the Calendar Committee.

(See Local Rule 57.14.)

<u>JUDGE ELLEN SEGAL HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Penn</u> & Courtroom Deputy
      <u>Magistrate Judge Facciola</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk