CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DOMENICK WILLIAMS             )
                              )
                              )
                              )
                              )
           Petitioner         )
                              )
                              )
     v.                       )    Civil Case Number 06-2230 (TFH)
                              )
                              )
UNITED STATES OF AMERICA      )    Category     G
                              )
                              )
           Respondent         )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>December 5, 2007</u> from <u>Magistrate Judge John M. Facciola</u> to <u>Chief Judge Thomas F. Hogan</u> by direction of the Calendar Committee.

(Randomly reassigned)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee


cc:   <u>Magistrate Judge Facciola</u> & Courtroom Deputy
      <u>Chief Judge Hogan</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk