UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD ANTHONY LEE | Criminal No. 72-744 (TFH/JMF)<br>Civil No. 06-2230 (TFH/JMF) |

ORDER

Pursuant to LCrR 57.19 and LCvR 72.3 of the Rules of the United States District Court for the District of Columbia, it hereby is **ORDERED** that these cases shall be referred to United States Magistrate Judge John M. Facciola for all purposes authorized by the rules.

**SO ORDERED.**

December 6, 2007

_____
Thomas F. Hogan
Chief Judge